ANDREW SWENSON, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY, Respondent, and LIEBMANN BREWERIES, INC., Defendant.— In an action to recover damages for personal injuries caused by the alleged negligence of defendant, the complaint was dismissed at the close of plaintiff's case on the ground that there was no proof of defendant's negligence and of plaintiff's freedom from contributory negligence. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

LEO VODOPIA, Respondent, v. GEORGE RIDER, as President, Defendant, and JOSEPH FLYNN, as Treasurer of International Association of Heat and Frost Insulators and Asbestos Workers Local No. 12, an Unincorporated Association of More than Seven Members, Appellant.— Order granting examination of defendant Flynn before trial modified by striking out item (b) in the first ordering paragraph and by inserting in its place the following: " (b) The acts of the defendants in respect to removing men from the work in which they were engaged as employees of plaintiff on contracts or subcontracts on or about May 18, 1936; the refusal of the defendant to permit its members to continue their work thereafter and the plaintiff's demand that the defendants discontinue such acts." The order is further modified by striking out the second ordering paragraph, directing the production of books, records and documents, and by inserting in its place the following: " That said Joseph Flynn produce at the time and place all records, minute books, documents and entries in his possession, custody or control relating to the removal of workmen or the cause of the suspension of work on the contract or subcontract of plaintiff in May, 1936, at the Coney Island Sewage Treatment Plant, or on other contracts or subcontracts at about that time, and relating to any acts thereafter preventing the plaintiff from employing members of the union or any acts in relation to such employment or the plaintiff's future contracts — for the purpose of refreshing the recollection of such witness and of having the same offered and received in evidence." As so modified the order is affirmed, without costs. The examination will proceed at the place named in the order on five days' notice. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

ESTELLA PROUT WIXOM, Respondent, v. CLAYTON WIXOM, Appellant. — In an action for a separation, order denying defendant's motion to dismiss the complaint for insufficiency, to strike out certain paragraphs thereof, or to compel the plaintiff to state separately and number her causes of action, affirmed, without costs, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.